UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| LARRY A. BURNS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:10-cv-00124-JAW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) | |
| Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 8, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th day of April, 2011